FILED 10 JUN '25 13:30USDC-ORP



## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00246-IM |
| v. | **INDICTMENT** |
| RICHARD LEE GRIGSBY, | 18 U.S.C. § 922(g)(1) |
| Defendant. | **Forfeiture Allegation** |
| | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about February 14, 2024 in the District of Oregon, defendant **RICHARD LEE GRIGSBY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Use of a Vehicle, on or about January 5, 2015, Marion County Circuit Court, Case Number: 14C47154;

(2) Unlawful Use of a Vehicle, on or about May 17, 2012, Multnomah County Circuit Court, Case Number: 120230989;

did knowingly and unlawfully possess the following firearm:

(1) a Smith & Wesson 9mm MP9, serial number DXS8274;

Indictment                                                                                                          Page 1

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) a Smith & Wesson 9mm MP9, serial number DXS8274, all ammunition and firearm accessories;

Dated: June 10, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Indictment**                                                                **Page 2**